Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff Robert Goodrich

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Goodrich**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Dulara Automotive Group, LLC d/b/a A to Z Auto Mall**, an Arizona company; **Areen Dulara,** an Arizona resident; and **Aslam Dulara,** an Arizona resident;<br><br>Defendants. | Case No. 2:18-CV-03274-HRH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Assigned to the Hon. H. Russel Holland)** |

Plaintiff Robert Goodrich, by undersigned counsel, hereby gives notice of dismissal with prejudice of the Complaint filed in this action against all Defendants pursuant to F.R.Civ.P. 41(1)(a)(i).

RESPECTFULLY SUBMITTED November 20, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

By: /s/ Ashley Peschke