IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Robert Goodrich,  )
                                Plaintiff,  )
vs.  )
Dulara Automotive Group, LLC, et al.,  )   No. 2:18-cv-3274-HRH
                               Defendants.  )

O R D E R

Case Dismissed

The court having received and reviewed plaintiff's *Notice of Voluntary Dismissal with Prejudice*,[1] filed November 20, 2018,

IT IS HEREBY ORDERED that plaintiff's claims are dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  21st  day of November, 2018.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 10.

Order – Case Dismissed          - 1 -